# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO.: 5:13-CV-134-RLV-DSC

| | |
|---|---|
| MARY KATHRYN MINTON COTHREN, ADMINISTRATRIX OF THE ESTATE OF MARIE V. MINTON, | ) ) ) ) |
| PLAINTIFF, | ) ) ) |
| v. | ) ) |
| JOHNSON & JOHNSON, INC., DEPUY ORTHOPAEDICS, INC., DR. THOMAS PARKER VAIL, M.D., and VAIL CONSULTING, LLC, | ) ) ) ) ) |
| DEFENDANTS. | ) ) ) |

## ORDER

**THIS CAUSE** is before the Court upon Motion of the Defendants for an order staying all proceedings and vacating all deadlines in this action until the MDL Panel enters an order on Plaintiff's Motion to Vacate and granting Defendants an extension to move or plead in response to Plaintiff's Complaint within twenty-one (21) days of the Panel entering an order on Plaintiff's Motion to Vacate.

For the reasons stated therein, the Motion is granted.

**SO ORDERED**.

Signed: October 31, 2013

David S. Cayer
United States Magistrate Judge